**UNITED STATES of America Plaintiff-Appellee**

v.

**Michael Lee HAYNES Defendant-Appellant**

**No. 17-1878**

United States Court of Appeals, Eighth Circuit.

Submitted: November 21, 2017

Filed: November 28, 2017

John E. Beamer, Assistant U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, for Plaintiff-Appellee

Michael Lee Haynes, Pro Se

Before GRUENDER, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Michael Lee Haynes appeals the within-Guidelines sentence the district court[1] imposed upon revoking his supervised re-

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

lease. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Haynes's counsel has filed a brief asserting that there are no nonfrivolous issues for appeal, and moved to withdraw. After careful review of the record, this court concludes that the district court did not abuse its discretion in sentencing Haynes. *See United States v. Miller*, 557 F.3d 910, 915-18 (8th Cir. 2009) (standard of review); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range).

The judgment is affirmed. Counsel's motion to withdraw is granted.